239 So.2d 364

Harry FONTENOT

v.

The TRAVELERS INSURANCE COMPANY.

No. 50818.

Sept. 30, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

239 So.2d 364

TRAVELERS INDEMNITY COMPANY

v.

Huey DUBOIS.

No. 50819.

Sept. 30, 1970.

Writ refused. The judgment is correct.